# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>JOSHUA GALINDO LARA,<br><br>                 Defendant. | CASE NO. 13CR3091-DMS<br><br>**JUDGMENT OF DISMISSAL** |

14 AUG 26 PM 3:27

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

21:952 and 960

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/26/14

Jan M. Adler
U.S. Magistrate Judge